UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS

VERSUS

J.P. MORGAN CHASE BANK, N.A.

CIVIL ACTION
NO. 12-747-BAJ-RLB

**RULING**

The Court, having considered Plaintiff's Motion to Remand (doc. 2), the Defendant's Memorandum in Opposition (doc. 4), and the Recommendations of United States Magistrate Judge Richard L. Bourgeois (doc. 23), HEREBY APPROVES the Report and Recommendations of the Magistrate Judge, and adopts it as the Court's opinion. Defendant has satisfied all procedure requirements for removal. Complete diversity of citizenship exists and the amount in controversy exceeds $75,000, which provides the Court subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332. Plaintiff's Motion to Remand (doc. 2) is hereby DENIED.

Signed in Baton Rouge, Louisiana, on July _10_, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1